```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITE HERE RETIREMENT FUND AND TRUSTEES                            :
OF THE UNITE HERE RETIREMENT FUND, UNITE                           :
HERE LOCAL 450,                                                    :
                                                                   :
                          Plaintiffs,                              :
                                                                   :
            -v-                                                    :
                                                                   :
EDWARD VILLAGE GROUP, LLC d/b/a EDWARD                             :
VILLAGE HOTEL, EDWARD CHICAGO                                      :
MANAGEMENT, LLC d/b/a EDWARD CHICAGO                               :
HOTEL, DOES ONE THROUGH TEN,                                       :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021

21-cv-2141 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Clerk of Court is respectfully directed to place Exhibit G to the Complaint, filed at Dkt. No. 1-7, under seal. It is hereby ORDERED that, no later than November 17, 2021, Plaintiffs shall refile Exhibit G on the docket, with all sensitive information redacted pursuant to Federal Rule of Civil Procedure 5.2.

SO ORDERED.

Dated: November 10, 2021
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge