USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITE HERE RETIREMENT FUND AND TRUSTEES :
OF THE UNITE HERE RETIREMENT FUND, UNITE :
HERE LOCAL 450, :
 :
                     Plaintiffs, :     21-cv-2141 (LJL)
     -v- :
 :     ERRATA ORDER
EDWARD VILLAGE GROUP, LLC d/b/a EDWARD :
VILLAGE HOTEL, EDWARD CHICAGO :
MANAGEMENT, LLC d/b/a EDWARD CHICAGO :
HOTEL, DOES ONE THROUGH TEN, :
 :
                     Defendants. :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Opinion and Order filed on November 12, 2021 at Dkt. No. 24 omitted the dates between which pre-judgment interest should be calculated. Along with this Errata Order, the Court is separately filing an Amended Opinion and Order providing detail on the calculation of pre-judgment interest and clarifying that Edward Village Group, LLC and Edward Chicago Management, LLC are jointly responsible for the awarded attorney's fees and costs.

      SO ORDERED.

Dated: November 16, 2021                        _____
      New York, New York                             LEWIS J. LIMAN
                                                          United States District Judge