UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITE HERE RETIREMENT FUND AND
TRUSTEES OF THE UNITE HERE
RETIREMENT FUND, UNITE HERE LOCAL
450,

                        Plaintiffs,                        21 **CIVIL** 2141 (LJL)

           -against-                              **JUDGMENT**

EDWARD VILLAGE GROUP, LLC d/b/a
EDWARD VILLAGE HOTEL, EDWARD
CHICAGO MANAGEMENT, LLC d/b/a
EDWARD CHICAGO HOTEL, DOES ONE
THROUGH TEN,

                        Defendants.

-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated November 16, 2021, the motion for default judgment is GRANTED in part and DENIED in part. Judgment is entered against Edward Chicago Management, LLC as follows:

• In favor of the UNITE HERE Retirement Fund for $4,045,418.00, interest at 3.25% per annum on $4,045,418.00 from December 1, 2020 until June 14, 2021 in the amount of $125,712.75, and liquidated damages in the amount of 20% of $4,045,418.00, for Edward Chicago's failure to pay withdrawal liability;

• In favor of the UNITE HERE Retirement Fund for $22,289.20, with interest at the rate of 1.00% per month (non-compounded) until June 14, 2021 to be calculated beginning on October 15, 2019 for $5,572.30 in the amount of $1,114.40, beginning on November 15, 2019 for another $5,572.30 in the amount of $1,058.68, beginning on December 15, 2019 for another $5,572.30 in the amount of $1,002.96, and beginning on January 15, 2020 for the remaining $5,572.30 in the amount of $947.24, and liquidated damages in the amount of 20% of $22,289.20, for Edward Chicago's delinquent

contributions.

• In favor of UNITE HERE Local 450 for $34,436.74 in accrued vacation and sick time unpaid by Edward Chicago.

It is hereby FURTHER ORDERED, that judgment is entered against Edward Chicago Management, LLC and Edward Village Group, LLC, together, for $4,348.00 in attorney's fees and costs, pursuant to ERISA and the Settlement Agreement with Edward Village.

**Dated:**  New York, New York
November 16, 2021


**RUBY J. KRAJICK**
**Clerk of Court**
BY: *[signature: David J. Thomas]*
**Deputy Clerk**