USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITE HERE RETIREMENT FUND and                   :
TRUSTEES OF THE UNITE HERE                        :
RETIREMENT FUND and UNITE HERE LOCAL 450, :
:                   21-cv-2141 (LJL)
          Plaintiffs,                      :
:                        ORDER
:
    -v-                                                           :
:
EDWARD VILLAGE GROUP, LLC                         :
d/b/a EDWARD VILLAGE HOTEL, *et al.*           :
                                               X
         Defendants.

---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On September 30, 2022, Plaintiffs filed a letter motion requesting that the Court order Defendant Edward Chicago Management, LLC to respond to Plaintiffs' post-judgment interrogatories and requests for production of documents served pursuant to Federal Rule of Civil Procedure 69(a)(2).  *See* Dkt. No. 28.  On October 7, 2022, the Court directed Plaintiff to serve a copy of its letter motion on Defendant and directed Defendant to file its response, if any, by October 21, 2022.  *See* Dkt. No. 29.  Defendant has not filed a response to Plaintiffs' letter motion.

      Plaintiffs' letter motion contained evidence that Defendant was served with the discovery requests and a recitation of the factual circumstances surrounding Plaintiffs' efforts to confer with Defendant.  Dkt. No. 28 at 1-3; Dkt. No 28-2; Dkt. No. 28-4.  However, the letter motion did not append the interrogatories and requests for production of documents, both of which are necessary for the Court to reach a decision on Plaintiffs' motion to compel.  The Court thus denies Plaintiffs' letter motion without prejudice to renewal upon presenting the Court with the interrogatories and requests for production of documents.

      SO ORDERED.

Dated: October 28, 2022
       New York, New York
                                                    LEWIS J. LIMAN
                                                  United States District Judge